# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-18-00397-CV
_____

### IN RE JAKE RAULZ

---

**Original Proceeding**
**County Court at Law No. 3 of Montgomery County, Texas**
**Trial Cause No. 10-02-00994-CV**

---

### MEMORANDUM OPINION

The relator, Jake Raulz, filed a motion to dismiss this original proceeding. The motion is granted, and we dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on October 31, 2018
Opinion Delivered November 29, 2018

Before Kreger, Horton, and Johnson, JJ.

1